RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

| | | | | |
|---|---|---|---|---|
| ALONZO GRAYSON, JR. | § | IN THE | | |
| PETITIONER | § | | | |
| | § | | | |
| VS. | § | TEXAS | | |
| | § | | | |
| STATE OF TEXAS, | § | | | |
| RESPONDENT. | § | COURT OF CRIMINAL APPEALS | | |

## PETITIONER'S MOTION FOR SUSPENSION OF RULES

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes Now, Alonzo Grayson, Jr., "Petitioner," pursuant to rule 2 of the Texas Rules of Appellate Procedure and respect-fully moves this Court to suspend rule 9.3(b)(1) and with respect thereto will shwo the following:

FILED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

### A. STATEMENT OF THE CASE

1. Petitioner is pursuing a Petition For Discretionary Review with this court from a final judgment out of the 296th District Court of Collin County, Texas and affirmation on appeal from the Fifth District Court of Appeals in Dallas Texas under cause numbers 296-81500-2012 and 05-13-00832-Cr respectively.

### B. ARGUMENT & AUTHORITIES

2. Rule 2 of the Texas Rules of Appellate Procedure (TRAP) allows this Court to suspend the rules for good cause shown. Petitioner is an indigent Texas state prisoner and has no access to any duplication equipment to provide the original and eleven copies of his Petition with attached opinion from the Court of Appeals.

Page 1.

3. Petitioner has absolutely no way to provide this Court with the required copies. He has only one copy of the opinion which he cannot provide with the Petition as it is needed for further court review if he is denied relief from the Court of Criminal Appeals.

4. Petitioner in exercising his First Amendment right of access to courts respectfully moves this court to suspend the requirement of providing the original and eleven copies of the Petition and rule 68.4(i) as he cannot meet the requirement of the copies and opinion..

5. Suspension of the two rules will not hinder the review proceedings or cause any burden on any party. The opinion can be reviewed electronically and the Petitioner can be scanned to be reviewed by all Justices of the Court.

## C. PRAYER

6. Wherefore, Petitioner respectfully prays this Court to suspend rules 9.3(b)(1) and 68.4(i) which will give him effective and meaningful access to the Courts in his Petitioner for Discretionary Review.

Respectfully submitted,

Alonzo Grayson, Jr.
Clements Unit-1867695
9601 Spur 591
Amarillo, TX 79107-9606

Page 2.

## VERIFICATION

Petitioner under penalty of perjury herein states that all statments made within this motion are true and correct.

## CERTIFICATE OF SERVICE

This is to certify that I have on this 17th day of Janaury, 2015 provided a true and exact copy of this motion on Respondent by placing the same in the prison mail system postage paid addresed to:

Wes Wynne,
Assistant District Attorney
2100 Bloomdale Red., Suite 20004
McKinney, TX 75071

Alonzo Grayson, Jr,

Page 3.